■ UTICA MUTUAL INSURANCE COMPANY, as Subrogee of Ferro Enterprises NY LLC, Respondent, v JAMES MCCORVEY, JR., Appellant. [983 NYS2d 720]—Order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered on or about April 17, 2013, which denied defendant's motion, inter alia, to vacate a default judgment and dismiss the complaint, unanimously affirmed, without costs.

Defendant did not proffer a reasonable excuse for his default. The record supports plaintiff's claim that defendant engaged in a pattern of default that warranted the denial of his motion to vacate the default.

In light of the above, we need not reach the merits of defendant's defense. Concur—Friedman, J.P., Sweeny, Andrias, Gische and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISMEAL ROLDAN, Appellant. [983 NYS2d 751]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Steven L. Barrett, J.), rendered on or about March 8, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Sweeny, Andrias, Gische and Clark, JJ.